UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alcoa Corporation and Alcoa USA Corp., <br><br>　　　　Plaintiffs, <br>　v. <br><br>Anheuser-Busch InBev SA/NV, Anheuser-Busch Companies, LLC, Metal Container Corporation, <br><br>　　　　Defendants. | Civil Action No. 20-cv-3834 |

**ORDER**

Before the Court is the parties' Joint Letter Motion to Seal Commencement Documents (the "Motion"). Having read and considered the parties' Motion, and for good cause shown, the Motion is GRANTED.

The Clerk of the Court is directed to:

1. Unseal the case and upload the unredacted copies of Plaintiffs' Complaint and Exhibits "A", "C", and "D" to the Court's Electronic Case Filing system ("ECF") in accordance with normal public docketing procedure;

2. Upload a redacted copy of Exhibit "B" to Plaintiffs' Complaint to the Court's ECF system;

3. Maintain an unredacted copy of Exhibit "B" to Plaintiffs' Complaint under seal; and

4. Change the status of this matter to public, allowing ECF filing and case management in accordance with the Local Rules of the United States District Court for the Southern District of New York.

Further, Defendants' request to file their answer, motion, or other response to the Complaint by email to chambers in the event that ECF filing is not available in this matter by the deadline for such response is GRANTED.

IT IS SO ORDERED.

New York, NY

June 6, 2020                                                  /s/ John G. Koeltl
                                                            _____
                                                            The Honorable John G. Koeltl
                                                            United States District Judge