# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

**By ECF and FedEx (w/ enclosures)**                                June 17, 2020

The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:  *Alcoa Corp et al. v. Anheuser-Busch InBev SA/NV et al.*,
            Case No. 20-cv-3834-PKC

Dear Judge Castel:

    This firm is counsel to Defendants in the above-captioned action, which we understand was reassigned to Your Honor. We write to inform the Court that on June 10, 2020, prior to the assignment of this action to Your Honor, Defendants filed (1) a Motion to Stay This Action and Compel Arbitration (ECF No. 7) and (2) a Letter Motion requesting a pre-motion conference in anticipation of filing a motion to dismiss (ECF No. 10).[1]  Plaintiffs have not responded to the Motion to Stay or the Letter Motion, both of which are pending.

    In accordance with Your Honor's Individual Practices Rule 3(E), we will send to chambers by overnight FedEx courtesy copies of the Motion to Stay and supporting materials (ECF Nos. 8, 9).

    Please let us know if we can provide any other information or be of further assistance.

                                                      Respectfully submitted,

                                                      Erin E. Thomas

---

[1] The Individual Practices of the judge previously assigned to this matter (Judge John G. Koeltl) require that parties request pre-motion conferences for motions to dismiss, but not for the above-referenced Motion to Stay This Action and Compel Arbitration.

**COVINGTON**

cc: *Counsel for Plaintiffs* (via ECF, w/o enclosures)