UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ALCOA CORP. and ALCOA USA CORP.,

                           Plaintiffs,                    20 cv 3834 (PKC)

          -against-

                                                      ORDER

ANHEUSER-BUSCH INBEV SA/NV et al.,

                           Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The Court will hold a telephonic oral argument on defendants' pending motion to stay this action and compel arbitration on Thursday, August 20, 2020 at 2:00pm. The call-in information for this argument is as follows:

        <u>Dial-in:</u>     (888) 363-4749

        <u>Access Code:</u>  3667981

        SO ORDERED.

                                                          P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
         August 11, 2020