UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALCOA CORP. and ALCOA USA CORP.,

                Plaintiffs,                      20-cv-3834 (PKC)

    -against-

                                                ORDER

ANHEUSER-BUSCH INBEV SA/NV et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

On September 2, 2020, the Court issued an Opinion and Order compelling arbitration of all claims in the Complaint and staying the action pending arbitration between the parties. (ECF 40.)

No updates have been submitted to the Court since that time as to the status of the arbitration.

By April 19, 2024, counsel to the plaintiff shall file a letter updating the Court on the status of the arbitration in this matter.

SO ORDERED.

                                                      P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       April 9, 2024